UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KIRKLAND LAKE GOLD LTD. SECURITIES LITIGATION | Case No. 1:20-cv-04953-JPO |

## ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the attached declaration, and subject to approval of the Court, Justin D. Ward hereby withdraws as counsel for Defendants in the above-captioned consolidated actions and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list. Richard A. Rosen and Audra J. Soloway of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants in this proceeding.

Dated: February 28, 2022
New York, New York

Respectfully submitted,

**PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP**

/s/ Justin D. Ward
Justin D. Ward
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: jward@paulweiss.com

*Counsel for Defendants*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

March 7, 2022