

November 18, 2022

**BY ECF**

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *In re Kirkland Lake Gold Ltd. Securities Litigation*, No. 1:20-cv-04953-JPO

Dear Judge Oetken:

  We represent Plaintiff Stephen Brahms in the above-referenced action (the "Action") and write jointly with counsel for defendants, Kirkland Lake Gold Ltd and Anthony Makuch ("Defendants," and together with Plaintiff, the "Parties") to provide an update to the Court regarding the progress of mediation.

  On November 11, 2022, the Parties engaged in private mediation which did not result in a settlement of the Action. Accordingly, consistent with the Court's August 22, 2022 Order (ECF No. 57), the Parties will meet and confer to discuss the terms of and submit a proposed case schedule for the Court's consideration.

                Respectfully submitted,

                */s/ Andrea Farah*
                 Andrea Farah

cc: Counsel of record (by ECF).

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777