UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KIRKLAND LAKE GOLD LTD. SECURITIES LITIGATION | Case No. 1:20-cv-04953<br><br>Judge: Hon. J. Paul Oetken |

## ORDER MODIFYING CASE SCHEDULE

WHEREAS, under the August 22, 2022 Joint Stipulation and Order (ECF No. 57) ("August 22 Order"), all proceedings in this Action were stayed for a period of 90 days while the Plaintiff and defendants Kirkland Lake Gold Ltd. and Anthony Makuch (collectively, "Defendants") (together with Plaintiff, the "Parties") attempted to resolve the matter through mediation;

WHEREAS, the Parties engaged in private mediation which did not result in a settlement of the Action (*see* ECF No. 58);

WHEREAS, on December 6, 2022 (ECF No. 59), the Court set a deadline for December 16, 2022 for the Parties to submit a proposed case schedule;

WHEREAS, the Parties have met and conferred regarding the case schedule outlined below;

WHEREAS, Defendants have consented to the case schedule outlined below;

THEREFORE, Plaintiff submits the following case schedule for the Court's consideration:

| Event | New Deadline |
|---|---|
| Fact Discovery | |
|     Completion of all fact discovery | 07/05/23 |
|     Substantial completion of document discovery | Completed |
|     Interrogatories shall be served | Two months before completion of all discovery |
|     Depositions shall be completed | 07/05/23 |
|     Requests to admit shall be served | Two months before completion of all discovery |
| Class Certification | |
|     Motion for class certification and Plaintiff's expert reports | 01/31/23 |
|     Discovery requests to Plaintiffs re class certification | 01/31/23 |
|     Deposition of Lead Plaintiff | 03/06/23 |
|     Deposition of Plaintiff's class certification expert | 03/10/23 |
|     Opposition to class certification and Defendants' expert reports | 03/30/23 |
|     Deposition of Defendants' class certification expert | 04/24/23 |
|     Reply ISO class certification motion and expert reports | 05/07/23 |
| Expert Discovery | |
|     Completion of all expert discovery | 10/25/23 |
|     Expert reports for the party that bears the burden of proof | 08/05/23 |
|     Expert reports on issues where the party does not bear the burden of proof | 09/14/23 |
|     Depositions of experts | 10/25/23 |
| Summary Judgment | |
|     Summary judgment motions | 11/21/23 |
|     Opposition to summary judgment motions | 01/10/24 |
|     Replies ISO of summary judgment motions | 02/26/24 |

**SO ORDERED:**

Date: December 22, 2022

_____
J. PAUL OETKEN
United States District Judge