UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KIRKLAND LAKE GOLD LTD. SECURITIES LITIGATION | Case No. 1:20-cv-04953-JPO<br><br><u>CLASS ACTION</u> |

## ORDER ON LEAD PLAINTIFF'S EMERGENCY MOTION TO SEAL DOCUMENTS

J. PAUL OETKEN, District Judge:

Upon consideration of Plaintiff's sealing request to remove or formally seal Docket Entry No. 180 filed in error (the "Motion"), and for other good cause known to the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion is GRANTED; and

2. The Court directs the ECF Help Desk to remove and/or formally seal Docket Entry No. 180.

SO ORDERED.

Dated: February 9, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge