UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: KIRKLAND LAKE GOLD LTD. SECURITIES LITIGATION | 20-CV-4953 (JPO) <br> ORDER |

J. PAUL OETKEN, District Judge:

    This case was stayed pending an order from the Second Circuit on Plaintiff's Rule 23(f) petition. On September 12, 2024, the Second Circuit determined that "it makes more sense for the district court to resolve the summary judgment motion first," and held Plaintiff's petition in abeyance pending this Court's decision on summary judgment. *In re Kirkland Lake Gold Ltd. Securities Litigation*, 24-CV-1030, 2024 WL 4275757, at *1 (2d Cir. Sept. 12, 2024).

    The Court therefore lifts the stay issued on July 15, 2024, and the case shall proceed as usual.

    The Clerk of Court is directed to lift the stay.

    SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge