**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE: KIRKLAND LAKE GOLD LTD.
SECURITIES LITIGATION

20 **CIVIL** 4953 (JPO)

# JUDGMENT

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 13, 2024, Plaintiff's motion to exclude

the testimony and report of defense expert George Ireland is DENIED as moot, and Defendants'

motion for summary judgment is GRANTED.  Judgment of dismissal is entered; accordingly, the

case is closed.

**Dated:**  New York, New York

            December 16, 2024


                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                        **BY:**         K. mango
                                        _____
                                        **Deputy Clerk**